ACCEPTED
12-15-00154-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/23/2015 3:35:07 PM
Pam Estes
CLERK

## NUMBER 12-15-00154-CR

| | | |
|---|---|---|
| **DANIEL LEE KNOD** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **12TH JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **TYLER, TEXAS** |

12th COURT OF APPEALS
TYLER, TEXAS
10/23/2015 3:35:07 PM
PAM ESTES
Clerk

---

## STATE'S MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL BRIEF

---

TO THE HONORABLE COURT OF APPEALS:

Comes now the State of Texas and presents this motion for leave to file a supplemental brief in the above-captioned cause pursuant to Rule 38.7 of the Texas Rules of Appellate Procedure. The State timely filed a response to appellant's original brief on 10 September 2015. On 22 September 2015, appellant filed an amended brief raising a second issue not argued in his original brief. The Court received a supplemental letter brief from the State on 5 October 2015. As a brief may be supplemented whenever justice requires or on whatever reasonable terms the court may prescribe, the State respectfully requests the Court's leave to file its supplemental brief and respond to the newly alleged issue in the appellant's amended brief. *See* Tex. R. App. P. 38.7.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant the foregoing motion and allow the filing of the State's Supplemental Letter Brief in the above-captioned cause[1].

Respectfully submitted,

D. MATT BINGHAM
Criminal District Attorney
Smith County, Texas


/s/ Aaron S. Rediker
Aaron S. Rediker
Assistant District Attorney
SBOT #: 24046692
100 North Broadway, 4th Floor
Tyler, Texas 75702
Office: (903) 590-1720
Fax: (903) 590-1719 (fax)
arediker@smith-county.com

---

[1] All facts recited in this motion not within the record or the Court's knowledge in its official capacity are within the personal knowledge of the undersigned attorney, and a verification is therefore not required under Rule 10.2 of the Texas Rules of Appellate Procedure.

CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigned attorney certifies that the word count for this document is 162 words as calculated by Microsoft Word 2010.

/s/ Aaron S. Rediker
Aaron S. Rediker

CERTIFICATE OF SERVICE

On 23 October 2015, a true and complete copy of the foregoing motion was sent by email to Austin R. Jackson, attorney for appellant, at JLawAppeals@gmail.com.

/s/ Aaron S. Rediker
Aaron S. Rediker